# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EF CONSULTING LLC and OASIS HC LLC,

        Appellants,

vs.                                    CASE NUMBER: 1:11-CV-0325 (DNH)

GENERAL ELECTRIC CAPITAL CORPORATION,

        Appellee.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the February 23, 2011, Order of the Bankruptcy Court dismissing appellants' adversary complaint is AFFIRMED.

All of the above pursuant to the order of the Honorable Judge David N. Hurd, dated the 12th day of July, 2012.

DATED: July 12, 2012

_[signature]_
Clerk of Court

s/Susan Evans
Deputy Clerk

Entered on Docket: 7/12/12      se
                           Date      By